**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00419-CV

———————————

**VERONICA COOPER, Appellant**

**V.**

**GOOSE CREEK CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT, Appellee**

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2010-83245

## MEMORANDUM OPINION

Appellant, Veronica Cooper, filed an affidavit of indigence in the trial court, seeking to proceed with this appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(c)(1). The affidavit was contested, and the trial court sustained the contest, finding that the affidavit was not filed in good faith, and ordering appellant

to pay 40% of the costs related to her appeal, including the costs related to the clerk's record and the reporter's record. Nevertheless, appellant has not paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See id.* Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.